IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Heirs and beneficiaries of Marjorie C. Schneller,
  by James D. Schneller, trustee ad litem;          :   CIVIL ACTION
Estate of Marjorie Schneller,
Estate Of George Schneller, et al                   :   NO. 08 - 05704
                    plaintiffs

v.                                                  :

Prospect Park Nursing and Rehabilitation            :
  Center, it's owners and employees,
Marjorie Zitomer;                                   :
Richard Schneller,
T. Sergeant Pepper Esquire
                    defendants

FILED
NOV 1 0 2009
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

NOTICE OF APPEAL

Notice is hereby given that James D. Schneller hereby appeals to the United States Court of Appeals for the Third Circuit from the Court's Orders entered in this action on the 26th day of June, 2009, and on the 4th and 9th days of September, 2009.

Date: November 6, 2009

*James D. Schneller* (signature)                              pro se
James D. Schneller
500 East Lancaster Avenue # 111D
Radnor, PA 19087
610-688-9471

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Heirs and beneficiaries of Marjorie C. Schneller,
   by James D. Schneller, trustee ad litem;
Estate of Marjorie Schneller,
Estate Of George Schneller, et al
                   plaintiffs

         CIVIL ACTION

         NO. 08 - 05704

v.

Prospect Park Nursing and Rehabilitation Center
Marjorie Zitomer;
Richard Schneller;
T. Sergeant Pepper Esquire
                   defendants

## NOTICE OF FILING

To:   Defendants

     Please take notice that on November 7, 2009 James D. Schneller filed his notice of appeal to the United States Court of Appeals for the Third Circuit from the Court's Orders entered in this action on the 26th day of June, 2009, and on the 4th and 9th days of September, 2009.

Date: November 9, 2009

                                      *James D. Schneller*
                                      James D. Schneller        pro se
                                      500 East Lancaster Avenue #111D
                                      Radnor, PA 19087        610-688-9471

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Heirs and beneficiaries of Marjorie C. Schneller,
   by James D. Schneller, trustee ad litem;  :
Estate of Marjorie Schneller,    CIVIL ACTION
Estate Of George Schneller, et al
                     plaintiffs  :  NO. 08 - 05704

v.

Prospect Park Nursing and Rehabilitation Center  :
Marjorie Zitomer;
Richard Schneller,
T. Sergeant Pepper Esquire  :
                  defendants

**FILED**
NOV 10 2009
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

CERTIFICATE OF SERVICE

      I, James D. Schneller, hereby certify that I served a true and correct copy of the plaintiffs' notice of appeal, on all parties or their attorney, by USPS first class mail, prepaid, and the trial Judge, as follows:

The Honorable Lawrence F. Stengle
United States District Court, Eastern District of Pennsylvania
601 East Market Street
Philadelphia, PA 19106-1797


Gregory L. Kallett Esquire
Eckert Seamans Cherin & Mellott LLC
1818 Market Street   13th Floor
Philadelphia, PA 19103

Ms. Monica Rendell
Prospect Park Nursing and Rehabilitation Center
c/o Laura K. Peltonen, Esquire
Burns, White & Hickton, L.L.C.
1001 Conshohocken State Rd.   Suite 515
West Conshohocken, PA  19428


Att: Fran
Pulmonary Unit
Prospect Park Nursing and Rehabilitation Center
815 Chester Pike
Prospect Park, PA  1


Herman McGill M.D.
923 Macdade Boulevard
Darby, PA 19023


Suburban Pulmonary Medicine
1 Bartol Avenue
Suite 14
Ridley Park, PA 19078



_/s/ James D Schnell_                                    Date: November 7, 2009
James D. Schneller